**JOSEPH C. HOWARD, JR. [SBN: 050784]**
E-Mail: jhoward@hrmrlaw.com
**TODD H. MASTER [SBN: 185881]**
E-Mail: tmaster@hrmrlaw.com
**MELISSA M. HOLMES [SBN: 220961]**
E-Mail: mholmes@hrmrlaw.com
**HOWARD ROME MARTIN & RIDLEY LLP**
1775 Woodside Road, Suite 200
Redwood City, CA 94061
Telephone: (650) 365-7715

Attorneys for Defendants
CITY OF BELMONT and PETER LOTTI

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL EUGENE VEAL,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CITY OF BELMONT POLICE DEPARTMENT; OFFICER PETER LOTTI; CITY OF ATHERTON POLICE DEPARTMENT; AND OFFICER GORDON DERE,<br><br>　　　　　Defendants. | Case No. C 10-05456 WHA<br><br>**[PROPOSED ORDER] AND STIPULATION TO CHANGE DATE OF SETTLEMENT CONFERENCE** |

　　　　IT IS HEREBY STIPULATED by and between plaintiff PAUL EUGENE VEAL, defendants the CITY OF BELMONT and OFFICER PETER LOTTI, and defendants the TOWN OF ATHERTON and OFFICER GORDON DERE, that the Settlement Conference scheduled for November 7, 2011, at 9:30 a.m., before the Honorable Magistrate Judge Beeler be moved to **June 28, 2011 at 10:00 a.m.**

　　　　The parties stipulate to an early settlement conference in hopes of attempting to resolve the case before significant resources have been spent on discovery or preparing and responding to

dispositive motions.

**IT IS SO STIPULATED.**

DATE: April 26, 2011

          HOWARD ROME MARTIN & RIDLEY LLP

By:   /s/ Melissa M. Holmes[1]
      Joseph C. Howard
      Melissa M. Holmes
      Attorneys for Defendants CITY OF
      BELMONT and OFFICER PETER LOTTI

DATE: April 26, 2011

          MCDOWELL COTTER APC

By:   /s/ Stephanie Zeller
      Stephanie Zeller
      Attorneys for Defendants TOWN OF
      ATHERTON and OFFICER GORDON DERE

DATED: April 26, 2011

By:   /s/ Paul Eugene Veal
      PAUL EUGENE VEAL
      In *pro per*

### [PROPOSED] ORDER

Pursuant to the above stipulation of the parties, **IT IS HEREBY ORDERED THAT**, the Settlement Conference currently scheduled for November 7, 2011 shall be moved to **June 28, 2011 at 10:00 a.m.**

**IT IS SO ORDERED.**

Date: April 27, 2011

          LAUREL BEELER
          United States Magistrate Judge

---

[1] I, Melissa M. Holmes, hereby attest pursuant to General Order 45, section X.B, that a written concurrence in the filing of the document has been obtained from the other signatories.