David S. Rosenbaum, Esq., SBN. 151506
Stephanie L. Zeller, Esq. SBN., 223693
Dara Tabesh, Esq. SBN 230434
MCDOWALL◆COTTER, A.P.C.
2070 Pioneer Court
San Mateo, CA 94403
Tel: 650-572-7933
Fax: 650-572-0834

Attorney for Defendants
TOWN OF ATHERTON
and OFFICER GORDON DERE

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL EUGENE VEAL<br><br>                PLAINTIFFS,<br>   VS.<br><br>CITY OF BELMONT POLICE DEPARTMENT, OFFICER PETER LOTTI,<br>CITY OF ATHERTON POLICE DEPARTMENT, OFFICER GORDON DERE, ET AL.,<br><br>                DEFENDANTS. | Case No.: 3:10-cv-05456-WHA<br><br>**REQUEST FOR ORDER EXCUSING PRESENCE OF OFFICER DERE AT SETTLEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Conf. Date:   June 28, 2011<br>Conf. Time:   10:00 a.m.<br>Judge: Honorable Magistrate Judge Beeler<br>Date Complaint Filed:  December 1, 2010 |

Counsel for the Town of Atherton and Officer Gordon Dere requests that this Court excuse the presence of Officer Dere from the upcoming Settlement Conference.  Pursuant to Section C of the Notice And Order Regarding Settlement Conference (filed 4/12/11), Counsel for the Atherton Defendants will attend the Settlement Conference with persons having full authority to negotiate and settle the case on behalf of Town of Atherton and Officer Gordon Dere.  *See* Exchanged

-1-

1  Settlement Conference Statement Submitted By Defendants Town Of Atherton & Officer Gordon
2  Dere, Section IV.
3  Dated: June 23, 2011                          McDowall◆Cotter, A.P.C.
4                                                By: _____/s/ Stephanie Zeller_____
                                                       Stephanie Zeller
5                                                Attorney for Defendants TOWN OF
                                                 ATHERTON and OFFICER GORDON DERE
6

7
                          [PROPOSED] ORDER
8
       IT IS HEREBY ORDERED THAT as persons having full authority to negotiate and settle
9
the case on behalf of Officer Gordon Dere will be present at the June 28, 2011 Settlement
10
Conference, Officer Dere is excused from attending the June 28, 2011 Settlement Conference.
11
       **IT IS SO ORDERED.**
12

13
Dated:  June 27, 2011                         _____
14                                            HON. LAUREL BEELER
                                              United States Magistrate Judge at United States
15                                            District Court, Northern District of California

*IT IS SO ORDERED* (stamp, signed)

-2-

**REQUEST FOR ORDER EXCUSING PRESENCE OF OFFICER DERE AT            3:10-cv-05456-WHA
SETTLEMENT CONFERENCE; [PROPOSED] ORDER**