**United States District Court**
For the Northern District of California

1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7
8                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10   PAUL EUGENE VEAL,
11            Plaintiff,                        No. C 10-05456 WHA
12     v.
13   CITY OF BELMONT POLICE                     **NOTICE TO CLERK TO CLOSE CASE**
     DEPARTMENT, OFFICER PETER LOTTI,
14   CITY OF ATHERTON POLICE
     DEPARTMENT, and OFFICER GORDON
15   DERE,
16            Defendant.
17   _____/
18        The parties have filed a voluntary dismissal pursuant to FRCP 41(a)(1), for which no
19   order of dismissal is needed.  The Clerk shall close the file.
20
21
22
     Dated:  August 4, 2011.
23                                              WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE
24
25
26
27
28